**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-7694**

———————

JIMMY GANDY,

Plaintiff - Appellant,

versus

JOHN LAMIT, Warden, Florence County Detention
Center; BRYAN KENNEDY, Detective; HEAD NURSES
OF FLORENCE DETENTION CENTER,

Defendants - Appellees,

and

ROBERT WELLS, Office of the Solicitor for the
Twelfth Judicial Circuit,

Defendant.

———————

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Patrick Michael Duffy, District
Judge.  (CA-02-3907)

———————

Submitted:  April 6, 2005          Decided:  April 15, 2005

———————

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Jimmy Gandy, Appellant Pro Se.  Robert Thomas King, WILLCOX, BUYCK
& WILLIAMS, P.A., Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Gandy appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gandy v. Lamit, No. CA-02-3907 (D.S.C. Sept. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED